# Court of Appeals
# of the State of Georgia

ATLANTA,  June 13, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0654.  TONY L. WARE et al. v. C.R. ASSET GROUP, LLC.

The case originated as a dispossessory action in magistrate court, but was later transferred to superior court because of the defendants Tony L. Ware and Reginald Ware's inclusion of a counterclaim for equitable relief.  The trial court subsequently granted the plaintiff C.R. Asset Group, LLC a writ of possession against the defendants for failing to pay rent into the registry.  The trial court, however, did not rule on the parties' remaining claims.  The defendants then filed this direct appeal. We, however, lack jurisdiction.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). Here, the action remains pending in the superior court.  Because the order was not final, the defendants were required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) in order to obtain appellate review.  See *Pace Constr. Corp. v.*

*Northpark Assoc.,*215 Ga. App. 438, 439 (450 SE2d 828) (1994). We thus lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* <u>06/13/2018</u>
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*